# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142276

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALVIN LESTER KEY,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142276
COA: 299958
Kent CC: 05-008312-FC

On order of the Court, the application for leave to appeal the November 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

h0919